UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

03 JUL 24 P 3: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| AVENTIS PHARMA DEUTSCHLAND GMBH and KING PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 03-10492JLT |
| v. | ) ) | **REQUEST FOR ORAL ARGUMENT** |
| COBALT PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) ) | |

## MOTION OF AVENTIS PHARMA DEUTSCHLAND GMBH TO DISQUALIFY GRAY CARY WARE & FREIDENRICH LLP

Plaintiff Aventis Pharma Deutschland GmbH ("Aventis Deutschland") respectfully moves this Court for entry of an Order disqualifying the law firm of Gray Cary Ware & Freidenrich LLP ("Gray Cary"), including any and all of its partners and associates, from representing defendant Cobalt Pharmaceuticals, Inc. ("Cobalt") in this action. Furthermore, Aventis Deutschland respectfully moves this Court to revoke the *pro hac vice* admission of Steven A. Maddox.

As more fully set forth in the Memorandum of Law of Aventis Pharma Deutschland GmbH in Support of its Motion to Disqualify Gray Cary Ware & Freidenrich LLP, Gray Cary's disqualification is required because:

(1)     Gray Cary has represented, and continues to represent, Aventis Pharmaceuticals in ongoing litigation and patent prosecution matters.

(2)     Gray Cary's representation of Cobalt in this case against the German affiliate of its client, Aventis Pharmaceuticals, is directly adverse to Aventis Pharmaceuticals itself in two

BOS-624746 v1 5544511-0901

respects.  First, in this patent infringement case, Cobalt is seeking to sell an infringing generic

pharmaceutical product to compete against a product sold in the United States by plaintiff King

Pharmaceuticals, Inc. ("King") pursuant to a license agreement with Aventis Deutschland *and*

*Aventis Pharmaceuticals*, as well as a manufacturing agreement under which *Aventis*

*Pharmaceuticals* manufactures the finished product for King.  Second, reflecting Aventis

Pharmaceuticals's substantial stake, Aventis Pharmaceuticals controls and supervises Aventis

Deutschland's conduct in this litigation and pays the legal fees of Aventis Deutschland's counsel

in this case.  Cobalt, through its counsel, in fact, treated Aventis Pharmaceuticals as an adverse

party by soliciting discovery from it.  Aventis Pharmaceuticals likewise controls and supervises

the conduct of Gray Cary's work in antitrust litigations and patent prosecution, and pays its legal

fees in those matters.

     (3)     Gray Cary has not inquired with its client, Aventis Pharmaceuticals, about that

client's evident interest in this litigation and has not asked for Aventis Pharmaceuticals's consent

to the Cobalt representation.  In any event, Aventis Pharmaceuticals does not consent to Gray

Cary's proposed representation of Cobalt.

     (4)     Any ethical screen implemented by Gray Cary would not resolve the conflict,

because an ethical screen cannot cure conflicts arising from concurrent representation of adverse

clients.  Even if the mechanism of screening were available (which it is not), it would not

adequately address risks to the Gray Cary clients posed by the concurrent representations.

     Counsel has "met and conferred" pursuant to Local Rule 7.1, but were unable to resolve

the matter.

WHEREFORE, Aventis Deutschland respectfully moves this Court for entry of an Order disqualifying the law firm of Gray Cary, including any and all of its partners and associates, from representing Cobalt in this action, and to revoke the *pro hac vice* admission of Steven A. Maddox.

Respectfully submitted,

*Wm - Shaw McDermott*

*Wendy A Berliner*

Wm. Shaw McDermott (BBO# 330860)
Arnold R. Rosenfeld (BBO# 428860)
Wendy A. Berliner (BBO# 639853)
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA  02109
Tel. (617) 261-3100
Fax. (617) 261-3175

Joel Katcoff
Benjamin C. Hsing
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000
Fax. (212) 836-8689

*Attorneys for Plaintiff*
*Aventis Pharma Deutschland GmbH*

Dated:  July 24, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2003, I caused true and correct copies of the foregoing to be served via First Class Mail on the following counsels:

Steven A. Maddox, Esq.
Gray Cary Ware & Freidenrich LLP
1625 Massachusetts Avenue, NW, Suite 300
Washington, DC  20036-2247
Tel. (202) 238-7700
Fax (202) 238-7701

Alan D. Rose
Michael L. Chinitz
Rose & Associates
29 Commonwealth Avenue
Boston, MA  02116
Tel. (617) 536-0040
Fax (617) 536-4400

Robert J. Muldoon, Jr., Esq.
Margaret H. Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02100
Tel. (617) 646-2000
Fax (617) 646-2222

F. Dominic Cerrito, Esq.
Brian M. Poissant, Esq.
John J. Normile, Esq.
Pennie & Edmonds LLP
1155 Avenue of the Americas
New York, NY 10036
Tel. (212) 790-9090
Fax (212) 869-9741

Wm. Shaw McDermott

4