UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENTIS PHARMA DEUTSCHLAND GMBH and KING PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COBALT PHARMACEUTICALS, INC., <br><br> Defendant. | Civil Action No. 03-10492JLT |

## DECLARATION OF SUSAN A. MANARDO

I, Susan A. Manardo, declare as follows:

1. I am Corporate Counsel, Global Litigation Group, at Aventis Pharmaceuticals Inc. ("Aventis Pharmaceuticals").

2. My business address is Aventis Pharmaceuticals Inc., 300 Somerset Corporate Boulevard, P.O. Box 6977, Bridgewater, NJ 08807-0977.

3. I make this declaration in support of Aventis Pharma Deutschland GmbH's ("Aventis Deutschland") Motion to Disqualify Cobalt Pharmaceuticals, Inc.'s ("Cobalt") counsel, Gray Cary Ware & Freidenrich LLP ("Gray Cary").

4. As Corporate Counsel, Global Litigation Group, I am responsible for antitrust litigations in the United States. I report directly to Stephen Reynolds who is the head of the Global Litigation Group at Aventis Pharmaceuticals. Mr. Reynolds, in turn, reports to Dirk Oldenburg, Executive Vice President and General Counsel of Aventis entities worldwide, whose office is in Frankfurt, Germany. If the plaintiff in this case, Aventis Deutschland, were to

become involved in an antitrust litigation in the United States, I would likely be responsible for overseeing such a litigation.

5. Gray Cary currently represents Aventis Pharmaceuticals in several antitrust litigations pending in the County of San Diego, California. The antitrust claim arises from the settlement of a patent infringement case relating to the pharmaceutical ciprofloxacin ("Cipro"). Specifically, Gray Cary is representing Aventis Pharmaceuticals Inc. (formerly known as Hoechst Marion Roussel, Inc.) in nine Cipro-related antitrust cases ("Cipro cases") coordinated before Judge Wayne L. Peterson in Department 75 of the Superior Court of the State of California, County of San Diego. Cipro I and II, JCCP Proceeding, Nos. 4154 and 4220.

6. Gray Cary has been working on these matters on behalf of Aventis Pharmaceuticals for nearly three years. I am responsible for the day-to-day supervision of these cases.

7. Don Rushing is the Gray Cary partner in charge of the Cipro cases. In addition, Joann Rezzo, an attorney at Gray Cary, has made numerous court appearances, drafted motions, and taken depositions on behalf of Aventis Pharmaceutical in the Cipro cases.

8. In total, Gray Cary has billed Aventis Pharmaceuticals approximately $100,000 on the Cipro cases.

9. At no time did Gray Cary contact me, nor, to my knowledge, anyone else at Aventis Pharmaceuticals to ask for Aventis Pharmaceuticals' consent for Gray Cary's representation of Cobalt in the above-captioned case, or to inquire about the circumstances surrounding Aventis Pharmaceuticals' involvement in this case. Subsequent to Gray Cary's first appearance before this Court at the July 1, 2003 scheduling conference, Gray Cary contacted a

colleague of mine at Aventis Pharmaceuticals to say that Gray Cary believes that its representation of Cobalt in this case does not pose a conflict, but did not ask for a waiver.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2003

*Susan A. Manardo*
_____
Susan A. Manardo

30685317.DOC

3