UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENTIS PHARMA DEUTSCHLAND GMBH and KING PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COBALT PHARMACEUTICALS, INC., <br><br> Defendant. | Civil Action No. 03-10492JLT |

## DECLARATION OF ROSS J. OEHLER

I, Ross J. Oehler, declare as follows:

1. I am Vice President, U.S. Patent Operations, at Aventis Pharmaceuticals Inc. ("Aventis Pharmaceuticals").

2. My business address is Aventis Pharmaceuticals Inc., Route 202-206, Bridgewater, New Jersey 08807-0800.

3. I make this declaration in support of Aventis Pharma Deutschland GmbH's ("Aventis Deutschland") Motion to Disqualify Cobalt Pharmaceuticals, Inc.'s ("Cobalt") counsel, Gray Cary Ware & Freidenrich LLP ("Gray Cary").

4. As Vice President, U.S. Patent Operations, I am responsible for U.S. patent and licensing matters for Aventis entities worldwide. I report directly to Gerald V. Dahling, Senior Vice President, Global Patents, Aventis Pharmaceuticals. Mr. Dahling's office and mine are located on the same floor in Bridgewater, New Jersey. Mr. Dahling, in turn, reports

to Dirk Oldenburg, Executive Vice President and General Counsel of Aventis entities worldwide, whose offices are in Frankfurt, Germany and Strasbourg, France.

5. As Vice President, U.S. Patent Operations, I am responsible for overseeing Gray Cary's patent work on behalf of Aventis Pharmaceuticals.

6. Gray Cary represents Aventis Pharmaceuticals on an ongoing basis on patent matters. It is currently preparing and prosecuting patent applications relating to biotechnology on behalf of Aventis Pharmaceuticals before the U.S. Patent & Trademark Office. Dean Nakamura is the partner at Gray Cary responsible for its patent work on behalf of Aventis Pharmaceuticals.

7. At no time did Gray Cary contact me, nor, to my knowledge, anyone else at Aventis Pharmaceuticals, to ask for Aventis Pharmaceuticals' consent for Gray Cary's representation of Cobalt in the above-captioned case, or to inquire about the circumstances surrounding Aventis Pharmaceuticals' involvement in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2003

                                              Ross J. Oehler