IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

AVENTIS PHARMA DEUTSCHLAND GMBH
and KING PHARMACEUTICALS, INC.,

        Plaintiffs,

v.

COBALT PHARMACEUTICALS, INC.,

        Defendant.

Civil Action No. 03-10492-JLT

## DECLARATION OF JOANN F. REZZO IN SUPPORT OF DEFENDANT COBALT PHARMACEUTICALS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY GRAY CARY WARE & FREIDENRICH LLP

I, Joann F. Rezzo, declare as follows:

1. I am an attorney at Gray Cary Ware & Freidenrich LLP. I work in the Gray Cary offices located at 4365 Executive Drive, Suite 1100, San Diego, California. I am a member of the firm's Trade Regulation and Consumer Liability Litigation Division. I do not specialize in Patent Litigation and will not be part of Gray Cary's Cobalt patent litigation team. I have personal knowledge of the facts stated herein and could competently testify to these matters if needed.

2. In September, 2000, Gray Cary was retained by Aventis Pharmaceuticals, Inc. ("Aventis US") to provide local counsel services to the firm of Stinson, Mag & Fizzell, now known as Stinson Morrison & Hecker ("Stinson"), for the San Diego cases filed as part of a

statewide antitrust litigation. The San Diego cases were ultimately coordinated with other cases pending in California, and the coordinated action was assigned to the San Diego Superior court. Gray Cary represents Aventis US in these California matters. Aventis Pharma Deutschland GmbH ("Aventis Germany") is not involved in the litigation. I have never represented Aventis Germany.

3. The antitrust litigation matter does not involve U.S. Patent No. 5,061,722.

4. I am Gray Cary's matter manager for the antitrust representation. Don Rushing is not actively involved in this matter. As set forth in the terms of our engagement, I report directly to primary national counsel, Stinson. I do not know Susan Manardo and have never communicated directly with her. I first heard her name in connection with the antitrust litigation approximately three weeks ago, when I was informed that Ms. Manardo had been inquiring about Gray Cary's role in the litigation.

5. I have never communicated with or been supervised by Gerald Dahling, Louis Wille, Carolyn Moon, Michael Bankmann or any Aventis attorney in the Global Patent Litigation Department.

6. No Aventis representative contacted me directly to communicate concern about Gray Cary's concurrent representation of Aventis US and Cobalt.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration in San Diego, California.

Date: Aug. 13, 2003

Joann Rezzo

Gray Cary\SD\1569085.1
9999500-910400

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 8·15·2003   Alan D. Rose