IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENTIS PHARMA DEUTSCHLAND GMBH and KING PHARMACEUTICALS, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COBALT PHARMACEUTICALS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 03-10492-JLT

DECLARATION OF DEAN H. NAKAMURA IN SUPPORT OF
DEFENDANT  COBALT PHARMACEUTICALS, INC.'S
OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY
GRAY CARY WARE & FREIDENRICH LLP

I, Dean H. Nakamura, declare as follows:

1.      I am an attorney at Gray Cary Ware & Freidenrich LLP.  I work in the Gray Cary

offices located at 1625 Massachusetts Avenue NW, Suite 300, Washington, DC.  I am a member

of the firm's Patent and Trademark Division.  I am not a patent litigator.  Patent Litigation is a

separate division of Gray Cary and I will not be part of Gray Cary's Cobalt patent litigation

team.  I have personal knowledge of the facts stated herein and could competently testify to these

matters if needed.

2.      I joined Gray Cary on February 14, 2003.  Previously, I was employed at

Roylance, Abrams, Berdo & Goodman ("Roylance").

Gray Cary\SD\1569091.1
9999500-910400

3.      I was engaged as an attorney for Aventis Pharmaceuticals, Inc. ("Aventis US")

while I was employed at Roylance.  I prepared several patent applications for Aventis US,

performed prior art searches and did some legal research on patent validity matters.  I reported to

Karen Krupen.

4.      Since joining Gray Cary, I have continued working for Aventis US.  I have never

represented Aventis Pharma Deutschland GmbH.  Currently, I am preparing only three patent

applications for Aventis US.  The applications are unrelated to the subject matter of United

States U.S. Patent No. 5,061,722.

5.      Karen Krupen is still my contact at Aventis US.  I have never reported directly to

Ross Oehler or to Gerald Dahling.

6.       I have never communicated with or been supervised by Louis Wille, Carolyn

Moon, Michael Bankmann or any Aventis attorney in the Global Patent Litigation Department.

7.      No Aventis representative contacted me directly to communicate concern about

Gray Cary's concurrent representation of Aventis US and Cobalt.

        I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct and that I executed this declaration in Washington D.C.

Date: _13 August 2003_                    _____
                                          Dean H. Nakamura

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of
the above document was served upon the attorney
of record for each party by mail/by hand. on overnight
Date: 8.15.2003  Alan D. Rose

Gray Cary\SD\1569091.1
9999500-910400